**UNITED STATES DISTRICT COURT**
**DISTRICT OF DISTRICT OF NORTH DAKOTA**

---

| | |
|---|---|
| Ariel R. Herrera, | Case No. 3:26-cv-00084-PDW-ARS |
| Plaintiff, | **RULE 7.1 CORPORATE** |
| v. | **DISCLOSURE STATEMENT** |
| | **OF DEFENDANT** |
| Doosan Bobcat North America, Inc. d/b/a Bobcat Company, | |
| Defendant. | |

---

The undersigned, counsel of record for Defendant Doosan Bobcat North America, Inc., furnishes the following in compliance with Federal Rule of Civil Procedure 7.1:

1. Does Defendant Doosan Bobcat North America, Inc., have a parent corporation?

   ☒ Yes          ☐ No

   If yes, the parent corporation is: Doosan Bobcat, Inc.

2. Is 10% or more of the stock of Doosan Bobcat North America, Inc. owned by a publicly held corporation?

   ☒ Yes          ☐ No

   If yes, identify all owners: Doosan Bobcat North America, Inc. is a wholly owned subsidiary of Doosan Bobcat, Inc., which is a publicly traded company incorporated under the laws of the Republic of Korea.

Dated: April 20, 2026          **JACKSON LEWIS P.C.**


          *s/ Jennifer Zwilling*
          Jennifer Zwilling (ND #10040)

2

Nicholas DeMaris (*Pro Hac Vice pending*)
150 South Fifth Street, Suite 3500
Minneapolis, Minnesota   55402
Phone: (612) 341-8131
Jennifer.Zwilling@jacksonlewis.com
Nick.DeMaris@jacksonlewis.com

**ATTORNEYS FOR DEFENDANT**

4907-9481-7185, v. 2

2