**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

|  |  |  |
|---|---|---|
| ARIEL R. HERRERA, Plaintiff, | ) ) ) ) | **MOTION TO APPEAR** **PRO HAC VICE** |
| v. | ) ) | |
| DOOSAN BOBCAT NORTH AMERICA, INC., d/b/a BOBCAT COMPANY, Defendant. | ) ) ) ) ) ) | **Case No.** 3:26-cv-00084-PDW-ARS |

Nicholas DeMaris , an attorney for   Doosan Bobcat North America, Inc. d/b/a,

moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for

consideration by the Court:

| | |
|---|---|
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | Minnesota: #0402896 |
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | N/A |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 21 day of April, 2026          .

/s/        Nicholas DeMaris

Nicholas DeMaris
150 South Fifth Street, Ste 3500
Minneapolis, MN 55402
Phone: (612) 359-1777
Nick.DeMaris@jacksonlewis